## In the matter of the will of WHITEHEAD.

[Argued June 22d, 1916. Decided November 20, 1916.]

On appeal from an order of the prerogative court advised by Vice-Ordinary Leaming, whose opinion is reported in *85 N. J. Eq. 114.*

*Mr. Louis H. Miller,* for the appellant.

*Mr. Walter H. Bacon,* for the respondent.

PER CURIAM.

The decree of the court below is affirmed, for the reasons stated in that court by Vice-Ordinary Leaming. We ought to say, however, that the illustration as to legislative limitations upon the *certiorari* power involves considerations that are quite aside from the matter in hand, and that may give rise to implications that would be misleading.

By pointing out that our concurrence does not extend to such implications, we shall avoid any possible misconception on this head.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, WILLIAMS, TAYLOR, GARDNER—12.

*For reversal*—None.